# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE D. CONTE,
                          Appellant,
                vs.
JESUSA E. CONTE,
                          Respondent.

No. 78675

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of dismissal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). This court therefore lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Stiglich                            Silver

19-22346

cc: Hon. Linda Marie Bell, Chief Judge
Wayne D. Conte
Willick Law Group
Eighth District Court Clerk